# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2017

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154125

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v                                                SC: 154125
                                                 COA: 332982
                                                 Hillsdale CC:  12-362876-FC
SCOTT JEFFRAY DEMING,                                           12-362878-FC
      Defendant-Appellant.                                     12-362879-FC
                                                               12-362885-FH
                                                               12-362921-FH

_____/

        On order of the Court, the application for leave to appeal the July 1, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2017



t1212

Clerk